THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AUGUST FAUCETTA, Appellant.

Argued October 6, 1950; decided November 22, 1950.

*Jacob W. Friedman* for appellant.

*Frank S. Hogan, District Attorney (Jack M. Cotton* and *Richard G. Denzer* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: FULD and FROESSEL, JJ.